IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, *Plaintiff*, v. WELLESLEY PUBLIC SCHOOLS, et al., *Defendants*. | Case No. 1:21-cv-11709 |

**JOINT NOTICE REGARDING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

On January 14, the parties informed the Court that they were engaged in discussions to determine whether an agreement can be reached to avoid the need for a preliminary injunction. The parties requested that the Court refrain from issuing a ruling on the plaintiff's preliminary-injunction motion until January 28.

Since then, the parties have continued to engage in discussions to determine whether an agreement can be reached to avoid the need for a preliminary injunction. The parties believe that they are close to an agreement. In the interests of judicial economy, the parties respectfully request that the Court refrain from issuing a ruling on the plaintiff's preliminary-injunction motion until Friday, February 11. The parties will provide the Court with an update on or before February 11 on the status of the parties' negotiations.

1

Dated: January 28, 2022

/s/ *John J. Davis*

John J. Davis (BBO #115890)
Seth B. Barnett (BBO #661749)
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com
sbarnett@piercedavis.com

*Counsel for Defendants*

Respectfully submitted,

/s/ *J. Michael Connolly*

J. Michael Connolly (*pro hac vice*)
Taylor A.R. Meehan (*pro hac vice*)
James F. Hasson (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
james@consovoymccarthy.com

Patrick Strawbridge (BBO #678274)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

  I certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

                    */s/ J. Michael Connolly*